**R. D. HOGUE, et al., v. LULA W. SMITH**

11 So. (2nd) 316                                    January Term, 1943
January 19, 1943                                    Special Division B
Rehearing Denied February 4, 1943

*A. R. Hogue,* (Jamestown, Tennessee), for appellants.

*J. Lewis Hall* and *A. L. Porter,* for appellee.

PER CURIAM:

No error having been made clearly to appear the decree of the chancellor is—

Affirmed.

BUFORD, C. J., TERRELL, BROWN, and THOMAS, JJ., concur.